EVELYN FREEDMAN, Appellant, v. MICHAEL FREEDMAN, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration between DONALD LANDERSMAN, Appellant-Respondent, and RUDOLF L. SELIG et al., Respondents-Appellants, et al., Defendants.— Order of Special Term unanimously modified insofar as it granted a stay against the corporation from proceeding with the arbitration and the motion in respect to the corporation denied and, as so modified, affirmed, with $20 costs and disbursements to respondents-appellants. The corporation is bound by the preincorporation agreement (*Morgan* v. *Bon Bon Co.*, 222 N. Y. 22, 27; *Jermyn* v. *Searing*, 225 N. Y. 525, 538; *Matter of Super Trading Co.*, 22 F. 2d 480, 482). The issues proposed are arbitrable. (*Martocci* v. *Martocci*, 42 N. Y. S. 2d 222, affd. 266 App. Div. 840; *Matter of Carl* [*Weissman*], 263 App. Div. 887.) *Matter of Allied Fruit & Extract Co.* (243 App. Div. 52) must be read in the light of the affirmance in this court of the Special Term in *Martocci* v. *Martocci* (*supra*). Settle order on notice. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

In the Matter of ISAAC ROTHBLUM, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

EDWIN R. LA VIN, Respondent, v. SANFORD HOTEL CORP. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondent, with leave to the defendants to answer within ten days after service of a copy of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 281 App. Div. 660.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDISON CABLE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

LE BEAU SPORTSWEAR CORP., Appellant, v. MANDEE FABRICS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. We assume the judgment will provide costs in accordance with the statute dependent upon the ultimate result in the case. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.